UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   LARRY ROOSEVELT HOLLIDAY           CASE NO. 20-10419
   1117 HARRISON AVE                      JUDGE BENJAMIN A. KAHN
   PLEASANTVILLE, NJ  08232

       DEBTOR

SSN(1) XXX-XX-8117                      DATE: 01/15/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN WEB LOAN<br>2747 W CLAY ST STE A<br>SAINT CHARLES, MO  63301 | $0.00<br>INT: .00%<br>NAME ID: 182115<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AT&T MOBILITY<br>P O BOX 537104<br>ATLANTA, GA  30353 | $0.00<br>INT: .00%<br>NAME ID: 158385<br>CLAIM #: 0009 | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $2,746.04<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 4634<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $296.50<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 8777<br>COMMENT: WALMART |
| CREDIT FIRST NA<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $1,217.93<br>INT: .00%<br>NAME ID: 69320<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 8117<br>COMMENT: FIRESTONE |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $3,722.46<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 8570<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $9,793.07<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | | (U) UNSECURED<br><br>ACCT: 8117<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8117<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,679.85<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0017 | | (U) UNSECURED<br><br>ACCT: 9533<br>COMMENT: 1120TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,224.85<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0014 | | (U) UNSECURED<br><br>ACCT: 4055<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,163.66<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0021 | | (U) UNSECURED<br><br>ACCT: 5157<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 8117<br>COMMENT: |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $11,070.00<br>INT: 6.25%<br>NAME ID: 161576<br>CLAIM #:  0007 | | (V) VEHICLE-SECURED<br><br>ACCT: 3563<br>COMMENT: 14FORD |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $6,495.43<br>INT:  .00%<br>NAME ID: 161576<br>CLAIM #:  0008 | | (U) UNSECURED<br><br>ACCT: 3563<br>COMMENT: SPLIT |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $405.07<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0018 | | (U) UNSECURED<br><br>ACCT: 8339<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $537.66<br>INT:  .00%<br>NAME ID: 159089<br>CLAIM #:  0016 | | (U) UNSECURED<br><br>ACCT: 3295<br>COMMENT: |
| QUICKEN LOANS LLC FKA QUICKEN<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | MONTHLY PMT  $756.13<br>INT:  .00%<br>NAME ID: 182308<br>CLAIM #:  0004 | | (H) ONGOING-SECURED<br><br>ACCT: 3389<br>COMMENT:  DT RERP,CTD EFF AUG20 |
| QUICKEN LOANS LLC FKA QUICKEN<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | $2,268.39<br>INT:  .00%<br>NAME ID: 182308<br>CLAIM #:  0005 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 3389<br>COMMENT:  ARR MAY THRU JUL20 |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| QUICKEN LOANS LLC FKA QUICKEN BANKRUPTCY TEAM 635 WOODWARD AVE DETROIT, MI 48226 | $93.22 INT: .00% NAME ID: 182308 CLAIM #: 0006 | | (H3) PRE-PETITION ARREARAGE-SECURED  ACCT: 3389 COMMENT:  ARR THRU APR20 |
| ZOCA LOANS ROSEBUD LENDING LZO P O BOX 1147 27565 RESEARCH PARK DR MISSION, NC  57555 | $0.00 INT: .00% NAME ID: 161173 CLAIM #: 0019 | | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| **TOTAL:** | **$44,522.26** | | |
| JOHN T ORCUTT ESQ 6616-203 SIX FORKS ROAD RALEIGH, NC 27615 | | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/15/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
   Attorney for Debtor - Electronic Notice